PER CURIAM. The record presents no legal or reversible error, and hence the judgment of the Superior Court, dissolving the temporary restraining order, issued in the cause, must be
   Affirmed.

---

### STATE v. JESSE BARBEE.

#### (Filed 1 April, 1925.)

APPEAL by defendant from *Cranmer, J.,* at December Term, 1924, of DURHAM, upon conviction for a breach of C. S., secs. 4357 and 4358.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*J. W. Barbee for defendant.*

PER CURIAM. Upon examination of the record and the briefs we have concluded that the case has been tried in substantial compliance with the law and that no reversible error has been made to appear.
   No error.

---

### THE CITIZENS BANK & TRUST COMPANY v. J. J. KNOX, E. C. WOODBURY AND W. E. MAULTSBY, PARTNERS, TRADING AS EL PASO LUMBER COMPANY.

#### (Filed 8 April, 1925.)

APPEAL by defendants from *Grady, J.,* and a jury, October Term, 1924, NEW HANOVER.

*Wright & Stevens for plaintiff.*
*Herbert McClammy for defendants.*

PER CURIAM. This case was here on appeal and a new trial was awarded defendant, 187 N. C., 565. On the hearing in the court below on the new trial, the issues submitted to the jury and their answers thereto, were as follows:

"1. Did the plaintiff bank exercise due care and diligence in attempting to collect the $500 draft referred to in the answer? Answer: 'Yes.'

"2. What amount, if any, has the plaintiff collected on said $500 draft? Answer: 'Nothing.'